184

(No. 5844—

ROGERS PARK MANOR, INC., Claimant, *vs.* STATE OF ILLINOIS, DIXON STATE SCHOOL, Respondent.

*Opinion filed April 27, 1971.*

ROGERS PARK MANOR, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5849—

FRANK MILLOY, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

FRANK MILLOY, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.